UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                      Bankr. Case No. 09-43769-RJN

KAREN CARLOCK                                 Chapter 13

      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

           AmeriCredit Financial Services, Inc.
           PO Box 183853
           Arlington, TX  76096

           AmeriCredit Financial Services, Inc.

By /s/ Alice Whitten

     Alice Whitten
     PO Box 183853
     Arlington, TX  76096
     877-203-5538
     877-259-6417
     Customer.service.bk@americredit.com
     Bar ID: 00793029 TX

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 7, 2009 :

Patrick L. Forte                                    Martha G. Bronitsky
Law Offices of Patrick L. Forte            P.O. Box 5004
1 Kaiser Plaza #480                         Hayward, CA 94540-5004
Oakland, CA 94612-3610

By /s/ Alice Whitten
     Alice Whitten