```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    Case No. 09-43769 WJL

**KAREN JOYCE CARLOCK,**                      Chapter 13

        **Debtor.**                    MOTION TO MODIFY CHAPTER 13 PLAN;
                                        NOTICE TO CREDITORS OF
_____/               <u>DEADLINE TO REQUEST A HEARING</u>

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    Debtor's January 2012, December & November 2011 plan payment shall be suspended. Commencing February 2012, debtor will pay $145.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: Debtor is currently unemployed.

Dated: October 25, 2011

                                              /s/ Anne Y. Shiau
                                              Anne Y. Shiau
                                              Attorney for Debtor

Page 1 of 1

Case: 09-43769   Doc# 43   Filed: 10/25/11   Entered: 10/25/11 14:11:28   Page 1 of 1